**Order entered October 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00619-CV

### LUIS A. SANTIAGO, ET AL., Appellants

### V.

### NOVASTAR MORTGAGE, INC., ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02073-2011**

## ORDER

We **GRANT** appellants' October 28, 2013, unopposed motion for an extension of time to

file a reply brief.  Appellants shall file their reply brief on or before November 21, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE